NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

―――――――――――

**VLSI TECHNOLOGY LLC,**
*Appellant*

**v.**

**INTEL CORPORATION,**
*Appellee*

―――――――――――

2023-1266

―――――――――――

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2018-01312, IPR2018-01661.

―――――――――――

**JUDGMENT**

―――――――――――

KAMRAN VAKILI, Irell & Manella LLP, Newport Beach, CA, argued for appellant.

DOMINIC E. MASSA, Wilmer Cutler Pickering Hale and Dorr LLP, Boston, MA, argued for appellee. Also represented by MARK CHRISTOPHER FLEMING; DAVID P. YIN, Washington, DC.

―――――――――――

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, DYK, and STOLL, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

April 8, 2024
Date

Jarrett B. Perlow
Clerk of Court